UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIENPHUONG THI HO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF LONG BEACH, PUBLIC WORKS, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-09430-DOC-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 178).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 182, 185) have been made.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that:

　　　　1. The City Defendants' request for judicial notice (Dkt. 159) is **granted**.

　　　　2. Plaintiff's request for judicial notice (Dkt. 171) is **granted in part and**

      **denied in part**.

3. The motion for summary judgment filed by Defendants City of Long Beach, Jeffrey Sortman, Diko Melkonian, Craig A. Beck, and Joseph Gludt (Dkt. 158) is **granted**.

4. Defendant Roshanian's motion for summary judgment (Dkt. 157) is **granted**.

5. Defendants Oum and Pho's motion for summary judgment (Dkt. 157) is **denied**.

6. Plaintiff's consolidated motion for summary judgment (Dkt. 139) is **granted in part and denied in part**.

DATED:  December 13, 2022

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE