JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIENPHUONG THI HO, | Case No. 2:19-cv-09430-DOC-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE CITY OF LONG BEACH, | |
| PUBLIC WORKS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that Defendants' motions for summary judgment are **granted**, and judgment is entered for all Defendants.

DATED: June 23, 2023

/s/ David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE